UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA A. WHITENER, SR., ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-1552 |
| PLIVA, INC., ET AL. | SECTION "L" (4) |

## ORDER

Before the Court is Defendant Baxter Healthcare Corporation's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 and entry of judgment pursuant to Rule 54(b) (Rec. Doc. 278), in response to which Plaintiffs Joshua Whitener, Sr. and Lindsey Whitener have filed a notice of lack of opposition (Rec. Doc. 284).

Accordingly, **IT IS ORDERED** that Baxter Healthcare's motion for summary judgment (Rec. Doc. 278), which appears to be grounded in both law and fact, is **GRANTED**.

**IT IS FURTHER ORDERED** that, having expressly determined that there is no just reason for delay, an entry of judgment pursuant to Rule 54(b) shall be issued with regard to this order.

New Orleans, Louisiana, this 22nd day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE